NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER
DARREL  J. HIEBER (SBN 10057)
darrel.hieber@skadden.com
MARINA V. BOGORAD (SBN 217524)
marina.bogorad@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Fax: (213) 687-5600
ATTORNEYS FOR : Defendant Electrolux Home Products, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GLENN AND DEIRDRE DICKERSON, TAMMY FOX-
ISICOFF, JOHN AND SAMANTHA EDDY, GARY
FRUTKOFF, DANIEL AND SHELENA HUNTER,
CHARLES AND ROSEMARY OVERLY, STEVE AND
JENNIFER SCHRODER, AND ISAAC AND GAIL
WALKOVER, individually and on behalf of all others
similarly situated,

Plaintiff(s),

v.

ELECTROLUX HOME PRODUCTS, INC.,

Defendant(s)

CASE NUMBER:

CV-10-5163-R-(JEMx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Electrolux Home Products, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary
interest in the outcome of this case. These representations are made to enable the Court to evaluate possible
disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Electrolux Holdings, Inc. | Electrolux Home Products, Inc. is a wholly owned subsidiary of Electrolux Holdings, Inc. |
| AB Electrolux | Electrolux Holdings, Inc. is a wholly owned subsidiary of AB Electrolux |

September 17, 2010                     /s/ Marina V. Bogorad

CV-30 (04/10)                     NOTICE OF INTERESTED PARTIES

American LegalNet, Inc.
www.FormsWorkFlow.com 

Date                                Sign
                                    Marina V. Bogorad


                                    Electrolux Home Products, Inc.
                                    _____
                                    Attorney of record for or party appearing in pro per

CV-30 (04/10)                 **NOTICE OF INTERESTED PARTIES**

**American LegalNet, Inc.**
www.FormsWorkFlow.com
