UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GLENN AND DEIRDRE DICKERSON, TAMMY FOX-ISICOFF, JOHN AND SAMANTHA EDDY, GARY FRUTKOFF, DANIEL AND SHELENA HUNTER, CHARLES AND ROSEMARY OVERLY, STEVE AND JENNIFER SCHRODER, AND ISAAC AND GAIL WALKOVER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>Defendant. | CASE NO.: CV-10-5163-R-(JEMx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT<br><br>Date: December 13, 2010<br>Time: 10:00 am<br>Courtroom: 8 |

# [PROPOSED] ORDER

Having considered Electrolux Home Products, Inc.'s ("Electrolux's") Motion to Dismiss the Amended Complaint, and good cause appearing, the Court hereby **GRANTS** Electrolux's Motion to Dismiss. The First Amended Complaint is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2010

_____
HON. MANUEL L. REAL
United States District Judge

Respectfully Submitted by:

DARREL J. HIEBER (CA SBN 100857)
darrel.hieber@skadden.com
MARINA V. BOGORAD (CA SBN 217524)
marina.bogorad@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile: (213) 687-5600

JOHN H. BEISNER (CA SBN 081571)
john.beisner@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:   (202) 371-7000
Facsimile: (202) 393-5760

Attorneys for Defendant
ELECTROLUX HOME PRODUCTS, INC.