| | |
|---|---|
| 1 | STUART M. EPPSTEINER (CA SBN 098973) |
| | sme@eppsteiner.com |
| 2 | ANDREW J. KUBIK (CA SBN 246902) |
| | ajk@eppsteiner.com |
| 3 | EPPSTEINER & FIORICA ATTORNEYS, LLP |
| | 12555 High Bluff Dr., Ste. 155 |
| 4 | San Diego, CA 92130 |
| | Tel. (858) 350-1500 |
| 5 | Fax (858) 350-1501 |
| 6 | *Counsel for Plaintiffs* |
| 7 | SKADDEN, ARPS, SLATE, |
| | MEAGHER & FLOM LLP |
| 8 | DARREL J. HIEBER (CA SBN 100857) |
| | darrel.hieber@skadden.com |
| 9 | JENNIFER E. LAGRANGE (CA SBN 238984) |
| | jennifer.lagrange@skadden.com |
| 10 | 300 South Grand Avenue |
| | Los Angeles, CA 90071-3144 |
| 11 | Telephone: (213) 687-5000 |
| | Facsimile: (213) 687-5600 |
| 12 | |
| 13 | J. RUSSELL JACKSON (pro hac vice) |
| | russell.jackson@skadden.com |
| 14 | 4 Times Square |
| | New York, NY 10036 |
| 15 | Telephone: (212) 735-3000 |
| | Facsimile: (212) 735-2000 |
| 16 | *Attorneys for Defendant* |
| | *ELECTROLUX HOME PRODUCTS, INC.* |
| 17 | |

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

1

JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

168626

| | |
|---|---|
| GLENN AND DEIRDRE DICKERSON, TAMMY FOX-ISICOFF, JOHN AND SAMANTHA EDDY, GARY FRUTKOFF, DANIEL AND SHELENA HUNTER, CHARLES AND ROSEMARY OVERLY, STEVE AND JENNIFER SCHRODER, AND ISAAC AND GAIL WALKOVER, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>DEFENDANT. | CASE NO.: CV-10-5163-R-(JEMx)<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]**<br><br>Hon. Manuel L. Real<br>Action Filed: July 14, 2010 |

## STIPULATION

Plaintiffs Glenn and Deirdre Dickerson, Tammy-Fox Isicoff, John and Samantha Eddy, Gary Frutkoff, Daniel and Shelena Hunter, Steve and Jennifer Schroder, and Isaac and Gail Walkover (hereinafter "Plaintiffs") and Defendant Electrolux Home Products, Inc. ("Electrolux" or "Defendant"), by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree as follows:

WHEREAS, on August 31, 2010 Plaintiffs filed their First Amended Class Action Complaint against Defendants, ECF No. 6;

WHERAS, on December 10, 2010 the Court dismissed the claims of Charles and Rosemary Overly without prejudice, ECF No. 34;

WHEREAS, on June 21, 2011, Electrolux served Offers of Judgment on each of the twelve remaining named plaintiffs in this Action, ECF No. 74-1;

WHEREAS, on July 5, 2011, eleven of the twelve named plaintiffs in this Action filed Notices of Acceptance of the Offers of Judgment, ECF No. 62;

WHEREAS, on July 26, 2011, Electrolux filed the Offers of Judgment and requested that the Clerk enter judgment accordingly, ECF No. 74; and

WHEREAS, on August 28, 2011, the remaining named plaintiff Gary Frutkoff and Defendant entered into a release of liability, thus eliminating the need for this Court to resolve any further issues in connection with this Action.

**NOW THEREFORE**, the parties hereby stipulate to the voluntary dismissal of the above-captioned action in its entirety, with prejudice.

**IT IS SO STIPULATED.**

DATED: August 22, 2011      EPPSTEINER & FIORICA ATTORNEYS, LLP

By: _____
Stuart M. Eppsteiner, Esq.
Andrew J. Kubik, Esq.
Counsel for Plaintiffs

DATED: August 22, 2011      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/ Darrel J. Hieber
Darrel J. Hieber
J. Russell Jackson
Jennifer E. LaGrange
Counsel for Defendant