| | |
|---|---|
| 1 | STUART M. EPPSTEINER (CA SBN 098973) |
|   | sme@eppsteiner.com |
| 2 | ANDREW J. KUBIK (CA SBN 246902) |
|   | ajk@eppsteiner.com |
| 3 | EPPSTEINER & FIORICA ATTORNEYS, LLP |
|   | 12555 High Bluff Dr., Ste. 155 |
| 4 | San Diego, CA 92130 |
|   | Tel. (858) 350-1500 |
| 5 | Fax (858) 350-1501 |

*Counsel for Plaintiffs*

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
DARREL J. HIEBER (CA SBN 100857)
darrel.hieber@skadden.com
JENNIFER E. LAGRANGE (CA SBN 238984)
jennifer.lagrange@skadden.com
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

J. RUSSELL JACKSON (pro hac vice)
russell.jackson@skadden.com
4 Times Square
New York, NY 10036
Telephone: (212) 735-3000
FACSIMILE: (212) 735-2000

*ATTORNEYS FOR DEFENDANT*
*ELECTROLUX HOME PRODUCTS, INC.*

JS-6

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
CV-10-5163-R

---

1

[PROPOSED] ORDER REGARDING JOINT STIPULATION FOR VOLUNTARY DISMISSAL

168701

| | |
|---|---|
| GLENN AND DEIRDRE DICKERSON, TAMMY FOX-ISICOFF, JOHN AND SAMANTHA EDDY, GARY FRUTKOFF, DANIEL AND SHELENA HUNTER, CHARLES AND ROSEMARY OVERLY, STEVE AND JENNIFER SCHRODER, AND ISAAC AND GAIL WALKOVER, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>DEFENDANT. | CASE NO.: CV-10-5163-R-(JEMx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]**<br><br>Hon. Manuel L. Real<br>Action Filed: July 14, 2010 |

# ORDER

Having considered the parties' Joint Stipulation for Voluntary Dismissal, and for good cause shown, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED** in its entirety, with prejudice.

**IT IS SO ORDERED.**

DATED: August 23, 2011        _____

                              THE HONORABLE MANUEL L. REAL
                              United States District Judge